# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| ESTATE OF AARON JENKINS<br><br>　　　　　　Plaintiff<br>　v.<br><br>CITY OF PHILADELPHIA, PHILADELPHIA AIRPORT, WORLDWIDE FLIGHT SERVICES, INC., and FRONTIER AIRLINES<br><br>　　　　　　Defendants | CIVIL ACTION<br><br>NO. 2:20-cv-05532-CMR |

## APPEARANCE OF COUNSEL

TO THE CLERK OF COURT:

　　　Kindly enter my appearance for Defendant Worldwide Flight Services, Inc. in the above-captioned case.


Date: November 12, 2020　　　　　　By　　*/s/Kristi A. Buchholz*
　　　　　　　　　　　　　　　　　　　Kristi A. Buchholz
　　　　　　　　　　　　　　　　　　　PA ID No. 92468
　　　　　　　　　　　　　　　　　　　**Wilson, Elser, Moskowitz, Edelman & Dicker, LLP**
　　　　　　　　　　　　　　　　　　　Two Commerce Square
　　　　　　　　　　　　　　　　　　　2001 Market Street - Suite 3100
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　(P) 215.627.6900
　　　　　　　　　　　　　　　　　　　(F) 215.627.2665
　　　　　　　　　　　　　　　　　　　kristi.buchholz@wilsonelser.com