## CERTIFICATE OF SERVICE

On the date forth set below, the undersigned attorney for Defendant Worldwide Flight Services, Inc. hereby certifies that a true and accurate copy of the foregoing *Appearance of Counsel* was served upon the following parties:

**Via ECF:**

Mu'min F. Islam, Esquire
**MFI Law Group, PLLC**
7433 Limekiln Pike, Suite 210
Philadelphia, PA  19138
(T) 215.735.2357
(F) 215.735.2358
mislam@mfilawgroup.com

*Attorney for Plaintiff*
*Estate of Aaron Jenkins*

Michele E. Turner, Esquire
**Bennett, Bricklin & Saltzburg LLC**
Centre Square, West Tower
1500 Market Street
32nd Floor
Philadelphia, PA 19102
(T) 215.561.4300
(F) 215.561.6661
mturner@bbs-law.com

*Attorney for Defendant*
*City of Philadelphia*

**Via USPS First Class Mail:**

Frontier Airlines
4545 Airport Way
Denver, CO  80239

Date: November 12, 2020                          By   */s/Kristi A. Buchholz*
                                                                    Kristi A. Buchholz

1563050v.1