# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| ESTATE OF AARON JENKINS<br><br>         Plaintiff<br>   v.<br><br>CITY OF PHILADELPHIA, PHILADELPHIA AIRPORT, WORLDWIDE FLIGHT SERVICES, INC., and FRONTIER AIRLINES<br><br>         Defendants | CIVIL ACTION<br><br>NO. 2:20-cv-05532-CMR |

## APPEARANCE OF COUNSEL

TO THE CLERK OF COURT:

    Kindly enter my appearance for Defendant Worldwide Flight Services, Inc. in the above-captioned case.

Date: November 12, 2020           By     */s/William J. Taylor, Jr.*
                                          William J. Taylor, Jr., Esquire
                                          PA ID No. 34752
                                          **Wilson, Elser, Moskowitz, Edelman & Dicker, LLP**
                                          Two Commerce Square
                                          2001 Market Street - Suite 3100
                                          Philadelphia, PA 19103
                                          (P) 215.627.6900
                                          (F) 215.627.2665
                                          william.taylorjr@wilsonelser.com

1563051v.1