## CERTIFICATE OF SERVICE

I, Kristi A. Buchholz, hereby certify that on November 12, 2020, I caused to be served a true and correct copy of Defendant WFS's Motion to Dismiss Plaintiff's Complaint (with Memorandum of Law, proposed form of Order, exhibits and Certificate of Service) upon all parties of record:

**Via ECF:**

Mu'min F. Islam, Esquire
**MFI Law Group, PLLC**
7433 Limekiln Pike, Suite 210
Philadelphia, PA  19138
(T) 215.735.2357
(F) 215.735.2358
mislam@mfilawgroup.com

*Attorney for Plaintiff*
*Estate of Aaron Jenkins*

Michele E. Turner, Esquire
**Bennett, Bricklin & Saltzburg LLC**
Centre Square, West Tower
1500 Market Street
32nd Floor
Philadelphia, PA 19102
(T) 215.561.4300
(F) 215.561.6661
mturner@bbs-law.com

*Attorney for Defendant*
*City of Philadelphia*

**Via USPS First Class Mail:**

Frontier Airlines
4545 Airport Way
Denver, CO  80239

                                        */s/Kristi A. Buchholz*
                                        Kristi A. Buchholz

1562536v.1