**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TAMARA PRYOR, AS ADMINISTRATOR OF THE ESTATE OF AARON JENKINS<br><br>            Plaintiff<br><br>   v.<br><br>CITY OF PHILADELPHIA, PHILADELPHIA AIRPORT, WORLDWIDE FLIGHT SERVICES, INC., and FRONTIER AIRLINES<br><br>            Defendants | CIVIL ACTION<br><br>NO.  2:20-cv-05532-CMR |

**ORDER**

And now, this day of                    2020, upon consideration of Defendant Worldwide Flight Services, Inc.'s Motion to Dismiss Plaintiff's Complaint, and any response thereto, it is hereby ORDERED that said Motion is GRANTED and Counts I, II and III and claims for punitive damages contained in Plaintiff's Complaint are DISMISSED against Defendant Worldwide Flight Services, Inc., with prejudice.

SO ORDERED:

_____
                                J.