# EXHIBIT B

2017 W-2 and EARNINGS SUMMARY 

| Employee Reference Copy | | | |
|---|---|---|---|
| W-2 Wage and Tax Statement | | | 2017 OMB No. 1545-0008 |
| Copy C for employee's records. | | | |
| Control number 973620 ATLA/YNQ | Dept. | Corp. | Employer use only  A   4008 |

Employer's name, address, and ZIP code
WORLDWIDE FLIGHT SERVICES INC
BLD 151 E HANGER RD #337
JAMAICA  NY  11430

Batch  #02682

Employee's name, address, and ZIP code
AARON JENKINS
122 ROSELYN ST
PHILADELPHIA  PA  19120-1914

| Employer's FED ID number 75-1932711 | a Employee's SSA number |
|---|---|
| Wages, tips, other comp. | 2 Federal income tax withheld |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated tips |
| Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other   11.29 SUI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp | Ret. plan | 3rd party sick pay |
| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
| PA | 1891 7971 | |
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name  PHILADEL |

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2017 pay stub plus any adjustments submitted by your employer.

| | | |
|---|---|---|
| Gross Pay | Social Security Tax Withheld  Box 4 of W-2 | PA. State Income Tax  Box 17 of W-2 |
| | | Local Income Tax  Box 19 of W-2 |
| Fed. Income Tax Withheld  Box 2 of W-2 | Medicare Tax Withheld  Box 6 of W-2 | SUI/SDI  Box 14 of W-2 |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | PA. State Wages, Tips, Etc. Box 16 of W-2 | PHILADEL Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | | | | | |
| Reported W-2 Wages | | | | | |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

AARON JENKINS
122 ROSELYN ST
PHILADELPHIA  PA  19120-1914

Social Security Number:
Taxable Marital Status: **SINGLE**
Exemptions/Allowances:
FEDERAL:   1
STATE:     1
LOCAL:

© 2017 ADP, LLC

# 2018 W-2 and EARNINGS SUMMARY 

## W-2 Wage and Tax Statement — 2018
Employee Reference Copy — Copy C for employee's records.
OMB No. 1545-0008

| Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 973620 ATLA/YNQ | | T | 6224 |

**Employer's name, address, and ZIP code**
WORLDWIDE FLIGHT SERVICES INC
BLDG 151 E HANGAR RD#337
JAMAICA NY 11430

Batch #04441

**Employee's name, address, and ZIP code**
TO THE ESTATE OF AARON JENKINS
122 ROSELYN ST
PHILADELPHIA PA 19120-1914

Employer's FED ID number: 75-1932711
a Employee's SSA number: [redacted]

1 Wages, tips, other comp. [redacted]
2 Federal income tax withheld [redacted]
3 Social security wages [redacted]
4 Social security tax withheld [redacted]
5 Medicare wages and tips [redacted]
6 Medicare tax withheld [redacted]
7 Social security tips
8 Allocated tips
9 Verification Code [redacted]
10 Dependent care benefits
11 Nonqualified plans
12a See instructions for box 12
4 Other    4.12 SUI
12b
12c
12d
13 Stat emp | Ret. plan | 3rd party sick pay

| 5 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| PA | 1891 7971 | [redacted] |

17 State income tax [redacted]
18 Local wages, tips, etc. [redacted]
19 Local income tax [redacted]
20 Locality name PHILADEL

---

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2018 pay stub plus any adjustments submitted by your employer.

- Gross Pay [redacted]
- Social Security Tax Withheld — Box 4 of W-2 [redacted]
- PA. State Income Tax — Box 17 of W-2 [redacted]
- Fed. Income Tax Withheld — Box 2 of W-2 [redacted]
- Medicare Tax Withheld — Box 6 of W-2 [redacted]
- Local Income Tax — Box 19 of W-2 [redacted]
- SUI/SDI/FLI — Box 14 of W-2 [redacted]

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | PA. State Wages, Tips, Etc. Box 16 of W-2 | PHILADEL Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | | | | | |
| Reported W-2 Wages | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

TO THE ESTATE OF AARON JENKINS
122 ROSELYN ST
PHILADELPHIA PA 19120-1914

Social Security Number: [redacted]
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 1   Tax Blocked
STATE: 1
LOCAL:

© 2018 ADP, LLC