# EXHIBIT C


WFS
Worldwide Flight Services

## CONDITIONAL OFFER OF EMPLOYMENT

Name: Aaron Jenkins

Address: 44a W. Earlham Ter

City/State/Zip: Philadelphia PA 19120

Phone No.: ___

You have been hired for the position of **Ramp Service Clerk**. This is a conditional offer of employment and is contingent upon your successful completion of an FBI clearance, background checks, consumer investigative report (non-medical clearances) as well as a drug screening.

The non-medical clearance reviews will begin immediately. Within the next 7 days you will be contacted and advised where and when you are to report for drug screening. Worldwide Flight Services is committed to fully complying with the ADA, and disabled employees who can perform the essential job functions of the job with or without accommodation will not be discriminated against and will be reasonably accommodated.

Worldwide Flight Services retains the right to rescind this conditional offer of employment if you do not pass either (1) the non-medical background clearances or (2) the drug screen. If your conditional offer of employment is rescinded, you will be advised which of the factors was the reason for the rescission.

Bring this letter and photo identification to your drug screening appointment.

Required F9 & CBT Training To Be Completed Within 72 Hours of given Access. AJ

Worldwide Flight Services, Inc.

By: _Reggie Gustowski_

Dated: 10-22-15

Employee Acknowledgement of Conditional Offer of Employment:

Signature: _Aaron Jh._      Date: 10/22/15

Revised 09Jan15

**Ramp Service Clerk**

## JOB DESCRIPTION

This description has been designed to indicate the general nature and level of work performed by employees within this classification. It is not designed to contain or be interpreted as a comprehensive inventory of all duties, responsibilities, and qualifications which may be required of employees assigned to this job classification.

The work of a Ramp Service Clerk includes the following: loading and unloading of cargo (mail, express, baggage, freight, and company material) on and off aircraft; the transporting of cargo between terminals and aircraft; the ramp transfers of cargo where required; the receiving, delivering, and physical handling of freight and company material, export at the designated express docks, mail and baggage in the outbound baggage room; the completion of forms and messages related to and necessary for the performance of the designated locations of the functions described. The cleaning and servicing of cabin interiors, including cockpit and lavatories; draining lavatories; checking, handling, assembling, removing and installing passenger service cabin furnishings and supplies. Transporting such furnishings and supplies to and from aircraft. Assisting in loading, unloading and racking both filled and empty drums. In addition, de-icing aircraft, clear aircraft windshields, pushout/tow aircraft and related guide man functions; connect/remove ground power and ground start units. May be required to clean the exterior of aircraft with specialized cleaning fluids. May be assigned to perform routine cleaning of work areas, ramps, and facilities with or without powered equipment. May be assigned to assist in monitoring security of facility. May be assigned to do routine automotive repair; servicing and cleaning of powered and unpowered equipment. This job is covered by a collective bargaining agreement.

## JOB REQUIREMENTS

Must be at least 18 years of age. High school diploma or GED preferred. Valid drivers license. Ability to work rotating shifts including weekends (i.e. Friday, Saturday and Sunday), holidays, and days off. Ability to read, write, fluently speak and understand the English language.

## ESSENTIAL JOB FUNCTIONS

Must be able to perform the following functions in variable weather conditions as well as environmental conditions, i.e. jet engine fumes, vehicle emissions, dust, and jet engine noise.

Line

   Load and unload aircraft of cargo weighing up to 70 lbs. in and out of aircraft within confined cargo areas, push, pull, and position loaded containers weighing up to 3,200 lbs. on rollers with/to aircraft.

   Driving vehicles with gross weights of 3,000 to 80,000 lbs. in areas congested with aircraft, moving and stationary vehicles and equipment as well as positioning vehicle up to aircraft requiring depth perception and the ability to distinguish colors, red, green, and yellow.

   Engage in push-out of aircraft driving 80,000 lb. vehicle or assist by providing guide function to driver using depth perception in congested areas or speaking to cockpit during push-back procedure.

   Transport cargo to and from aircraft driving 3,000 lb. vehicle using depth perception to negotiate vehicle with attached carts through congested area. Read "off-load" sheets to determine destination of cargo.

   While performing aircraft push-out and/or towing functions, engage in proper specific ground to cockpit communication via hand signals and voice commands, with and without, the assistance of sight or visual aids.

   Ability to successfully communicate with others.

   Ability to work in a high-noise level environment.

Ramp Service Clerk

Driving vehicles with gross weights of 3,000 to 80,000 lbs. in areas congested with aircraft, moving and stationary vehicles and equipment as well as positioning vehicle up to aircraft requiring depth perception and the ability to distinguish colors, red, green, and yellow.

Load and unload cargo onto delivery trucks.

Transport cargo to and from aircraft driving 3,000 lb. vehicle using depth perception to negotiate vehicle with attached carts through congested area. Read "off-load" sheets to determine destination of cargo.

Ability to judge distances.

Ability to successfully communicate with others.

Ability to understand and react to verbal commands and safety warnings, with and without, assistance of sight or visual aids.

Ability to confront and question unauthorized personnel in secured areas, and report their presence to authorities as necessary.

Reports to work on a regular and timely basis.

*All of the above functions are normally performed within certain narrow time constraints, which are usually dictated upon the actual arrival of an aircraft and its scheduled departure. The failure to perform these functions may result in passenger inconvenience caused by lost or damaged bags, delayed aircraft departure and passenger and employee safety. The failure to perform these functions properly may result in serious injury to employees, damaged ground equipment and/or aircraft.*

Statement of Understanding

I have read and understand the position description and essential functions provided to me for the above position. By my signature, I confirm that I:

(Please check one of the following)

__✓__ Can perform all of the essential functions of the position.

_____ Cannot perform all of the essential functions of the position.

I also understand this is not a job offer nor is it intended to be any guarantee of future employment opportunities.

_____    10/22/15
Applicant Signature                                Date

_____    10-22-15
Company Representative Signature           Date