## CERTIFICATE OF SERVICE

I, Kristi A. Buchholz, hereby certify that on December 9, 2020, I caused to be served a true and correct copy of Defendant WFS's Motion to Dismiss Plaintiff's Amended Complaint (with Memorandum of Law, proposed form of Order, exhibits and Certificate of Service) upon all parties of record:

**Via ECF:**

Mu'min F. Islam, Esquire
**MFI Law Group, PLLC**
7433 Limekiln Pike, Suite 210
Philadelphia, PA  19138
(T) 215.735.2357
(F) 215.735.2358
mislam@mfilawgroup.com

*Attorney for Plaintiff*
*Estate of Aaron Jenkins*

Michele E. Turner, Esquire
**Bennett, Bricklin & Saltzburg LLC**
Centre Square, West Tower
1500 Market Street
32nd Floor
Philadelphia, PA 19102
(T) 215.561.4300
(F) 215.561.6661
mturner@bbs-law.com

*Attorney for Defendant*
*City of Philadelphia*

**Via USPS First Class Mail:**

Frontier Airlines
4545 Airport Way
Denver, CO  80239

                                                */s/Kristi A. Buchholz*
                                                Kristi A. Buchholz

1570912v.1