IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEISHA BROWN, AS ADMINISTRATOR OF THE ESTATE OF AARON JENKINS<br><br>  Plaintiff<br><br>  v.<br><br>CITY OF PHILADELPHIA, PHILADELPHIA AIRPORT, WORLDWIDE FLIGHT SERVICES, INC., and FRONTIER AIRLINES<br><br>  Defendants | CIVIL ACTION<br><br>NO. 2:20-cv-05532-CMR |

**ORDER**

And now, this ___ day of _____ 2020, upon consideration of Defendant Worldwide Flight Services, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint, and any response thereto, it is hereby ORDERED that said Motion is GRANTED and all allegations against Defendant Worldwide Flight Services, Inc. contained in Plaintiff's Amended Complaint are DISMISSED with prejudice.

SO ORDERED:

_____
                                    J.

1570912v.1