## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEISHA BROWN, As Administratix of the Estate of Aaron Jenkins<br><br>     Plaintiff,<br><br>  v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>     Defendants. | CIVIL ACTION NO.  20-5532 |

### ORDER

**AND NOW,** this 19th day of March 2021, upon consideration of Plaintiff's amended complaint being filed [Doc. No. 6] and Defendants refiling of their motions to dismiss, it is hereby **ORDERED** that Defendants' original motions to dismiss [Doc. Nos. 2, 5] are **DISMISSED AS MOOT.**

It is so **ORDERED.**

                                                                BY THE COURT:

                                                                /s/ Cynthia M. Rufe
                                                                _____
                                                                **CYNTHIA M. RUFE, J.**