IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEISHA BROWN, As Administratix** of the Estate of Aaron Jenkins<br>*Plaintiff*,<br>v.<br><br>**CITY OF PHILADELPHIA**, *et al.*<br>*Defendant*. | Case No. 2:20-cv-05532-CMR<br><br>JURY TRIAL DEMANDED |

## PRAECIPE TO ISSUE ALIAS SUMMONS

TO THE CLERK OF THE COURT:

A Writ of Summons was filed in this matter in the Pennsylvania Court of Common Pleas on May 3rd, 2020. The matter was moved to federal court on November 5, 2020. However, since this matter was brought as a removal there were no summons issued for applicable Defendant. Plaintiff is aware Defendant, Frontier Airlines was not served. At this time, counsel for Plaintiff is respectfully requesting the Clerk to issue an alias summons so that service may be completed.

BY:*/s/Mu'min F. Islam*
Mu'min F. Islam, Esq.
*Attorney for Plaintiff*
I.D. No. 208979
7433 Limekiln Pike, Ste. 210
Philadelphia, PA 19138
215-735-2357/Fax: 215-735-2358
mislam@mfilawgroup.com

DATED: April 19, 2021