## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEISHA BROWN, As Administratix of the Estate of Aaron Jenkins**<br><br>**Plaintiff,**<br><br>v.<br><br>**CITY OF PHILADELPHIA,** *et al.,*<br><br>**Defendants.** | **CIVIL ACTION NO. 20-5532** |

## ORDER

**AND NOW,** this 30th day of June 2021, upon review of the docket, Defendants' notice of removal [Doc. No. 1], and it appearing that that Defendant Frontier Airlines has not been served in this litigation, Plaintiff is hereby **ORDERED** to show cause within 7 days from the date of this Order on why the Court should not dismiss Frontier from this litigation for failure to prosecute.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
CYNTHIA M. RUFE, J.