IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEISHA BROWN, as Administrator of the ESTATE OF AARON JENKINS<br><br>**Plaintiff,**<br><br>v.<br><br>CITY OF PHILADELPHIA and PHILADELPHIA AIRPORT, et al.,<br><br>**Defendants.** | CIVIL ACTION NO. 20-5532 |

# ORDER

**AND NOW,** this 8th day of July 2021, upon consideration of Plaintiff's response to the Court's Show Cause Order [attached below], it is hereby **ORDERED** that Plaintiff shall have 30 days from the date of this order to properly serve Frontier Airlines pursuant to the Federal Rules of Civil Procedure. A failure to serve Frontier Airlines will result in its dismissal.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**



**ACE LAW, LP**
A T T O R N E Y S A T L A W

p: (215) 735-2357 | f: 800-672-7989
7433 Limekiln Pike, Suite 210, Philadelphia, PA 19138
260 Peachtree NW, Ste. 2200, Atlanta, GA 30303
Members of the Pennsylvania, New Jersey, & Georgia Bar
www.myacelaw.com

July 7, 2021

Honorable Judge Cynthia Rufe
12514 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Pryor v. City of Philadelphia, 2:20-cv-05532-CMR

Honorable Cynthia Rufe,

      This letter is in to the Order dated June 30, 2021 requesting Plaintiff's response to an Order to Show Cause as to the dismissal of Frontier Airlines ("Order").

      Plaintiff filed the instant action in the First Judicial District of the Pennsylvania Court of Common Pleas on May 3rd, 2020 via a writ of summons. Defendants moved the matter to federal court on November 5, 2020. Plaintiff was unaware the service of the initial writ of summons upon Frontier Airlines was not completed. Through the next few months, Plaintiff responded to motions to dismiss filed by Defendants Worldwide Flight Services and City of Philadelphia.

      In March 2021, Plaintiff became aware an Alias Writ of Summons was required in order to serve upon Defendant, Frontier Airlines. Plaintiff filed its Praecipe to issue an Alias Summons upon Frontier on April 19, 2021. Service was attempted on at least two occasions. On/or about April 15, 2021, the Writ of Summons was mailed via U.S. Mail to Frontier Airlines corporate headquarters. Shortly thereafter, counsel for Plaintiff became aware it was not sent via registered mail and without any response, sent the Writ of Summons via registered mail on June 21, 2021. Attached are copies of the registered mail as well as confirmation of delivery.

      This communication is being emailed to Judge's chambers with a carbon copy to Frontier Airlines attorney of record. Throughout the initiation of the proceedings, Frontier's counsel was aware of the Complaint with knowledge of the proceedings. If you have any further questions concerning this letter, I may be reached at (215) 735-2357.

      Very truly yours,

Mu'min F. Islam, Esq.
*Ace Law, LP*