IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEISHA BROWN, as Administrator of the ESTATE OF AARON JENKINS<br><br>**Plaintiff,**<br><br>v.<br><br>**CITY OF PHILADELPHIA and PHILADELPHIA AIRPORT, et al.,**<br><br>**Defendants.** | CIVIL ACTION NO. 20-5532 |

## ORDER

**AND NOW,** this 14th day of July 2021, upon consideration of Defendants' motions to dismiss and the responses thereto, it is hereby **ORDERED** that:

1. The City of Philadelphia and Philadelphia International Airport's Motion to Dismiss [Doc. No. 8] is **GRANTED in part and DENIED in part**. Plaintiff's claim for punitive damages against the City Defendants is **DISMISSED** with prejudice. The Motion is otherwise **DENIED.**

2. Worldwide Flight Services Motion to Dismiss [Doc. No. 7] is **DENIED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**