IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEISHA BROWN, as Administratrix of the Estate of Aaron Jenkins, | : : : : |
| Plaintiff, | : CIVIL ACTION : : |
| v. | : No.: 2:20-cv-05532-CMR : |
| CITY OF PHILADELPHIA, *et al.*, | : JURY TRIAL DEMANDED : |
| Defendants. | : |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Laurie A. Salita on behalf of Defendant Frontier Airlines, Inc. in the above-captioned matter.

Dated: July 22, 2020

SKINNER LAW GROUP

/s/ *Laurie A. Salita*
Laurie Alberts Salita (PA ID 87884)
Mackenzie W. Smith (PA ID 306685)
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
salita@skinnerlawgroup.com
smith@skinnerlawgroup.com

*Counsel for Defendant Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEISHA BROWN, as Administratrix, of the Estate of Aaron Jenkins, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No.: 2:20-cv-05532-CMR |
| CITY OF PHILADELPHIA, *et al.*, | : : : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing Entry of Appearance to be filed via the Official Court Electronic Document Filing System, and that said document is therefore available for viewing and downloading from the ECF system. By virtue of this filing, service is complete upon receipt of the Court's e-mail notification of the Notice of Electronic Filing for the Electronic Case Filing Users whose appearances have been entered on the docket in this matter.

Dated: July 22, 2021                                                          /s/ *Mackenzie W. Smith*