## CERTIFICATE OF SERVICE

On the date forth set below, the undersigned attorney for Defendant *Worldwide Flight Services, Inc.* hereby certifies that a true and accurate copy of the foregoing *Answer to Plaintiff's Amended Complaint with Affirmative Defenses and Crossclaims* was served upon the following parties:

**Via ECF:**

Mu'min F. Islam, Esquire
**MFI Law Group, PLLC**
7433 Limekiln Pike, Suite 210
Philadelphia, PA  19138
(T) 215.735.2357
(F) 215.735.2358
mislam@mfilawgroup.com

*Attorney for Plaintiff*
*Estate of Aaron Jenkins*

Michele E. Turner, Esquire
**Bennett, Bricklin & Saltzburg LLC**
Centre Square, West Tower
1500 Market Street
32nd Floor
Philadelphia, PA 19102
(T) 215.561.4300
(F) 215.561.6661
mturner@bbs-law.com

*Attorney for Defendant*
*City of Philadelphia*

Laurie Alberts Salita, Esquire
Mackenzie W. Smith, Esquire
**Skinner Law Group**
101 Lindenwood Drive, Suite 225
Malvern, PA  19355
(T) 484.875.3159
(T) 484.875.3160
salita@skinnerlawgroup.com
smith@skinnerlawgroup.com

*Attorneys for Defendant*
*Frontier Airlines, Inc.*

256764033v.1

Date: July 26, 2021                          By   */s/Kristi Buchholz Helfrick*
                                                      Kristi Buchholz Helfrick

- 14 -

256764033v.1