UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| ESTATE OF AARON JENKINS | |
| Plaintiff | CIVIL ACTION |
| v. | NO. 2:20-cv-05532-CMR |
| CITY OF PHILADELPHIA, PHILADELPHIA INTERNATIONAL AIRPORT, et al. | JURY TRIAL DEMANDED |
| Defendants | |

## APPEARANCE OF COUNSEL

TO THE CLERK OF COURT:

Kindly enter my appearance for Defendants, City of Philadelphia and Philadelphia Airport in the above captioned case.


BENNETT, BRICKLIN & SALTZBURG, LLC


/s/ Jacob Yzzi

Date: July 27, 2021          By: _____

Jacob Yzzi
PA ID No. 316059
Centre Square – West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA 19102
(215) 561-4300
Attorney for Defendants,
City of Philadelphia and
Philadelphia International Airport
yzzi@bbs-law.com