IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEISHA BROWN**, As Administratix of the Estate of Aaron Jenkins<br>  *Plaintiff*,<br>v.<br><br>**CITY OF PHILADELPHIA**, *et al.*<br>  *Defendant*. | **Case No. 2:20-cv-05532-CMR**<br><br>JURY TRIAL DEMANDED |

## APPEARANCE OF COUNSEL

Respectfully submitted,

Attn: Clerk of Court

    Kindly enter my appearance on behalf of Plaintiff Keisha Brown, as Administratrix of the Estate of Aaron Jenkins.

BY: */s/Brittany Gardner*
Brittany Gardner, Esq.
*Attorney for Plaintiff*
I.D. No. 323604
7433 Limekiln Pike, Ste. 210
Philadelphia, PA 19138
215-735-2357/Fax: 215-735-2358
bgardner@myacelaw.com

DATED: August 11, 2021