IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMARA PRYOR<br>　　　　Plaintiff,<br>v.<br>CITY OF PHILADELPHIA, et al.,<br>　　　　Defendants. | CIVIL ACTION NO. 20-5532 |

**ORDER**

**AND NOW**, this 11th day of August 2021, it is hereby **ORDERED** that the application of Brian T. Maye Esquire [Doc. No. 25], to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED**.[1]

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.