IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEISHA BROWN as Administrator of the ESTATE OF AARON JENKINS, | : : : : | |
| Plaintiff, | : | CASE NO. 2:20-cv-05532-CMR |
| v. | : : : | |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : : | |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Brian T. Maye on behalf of Defendant Frontier Airlines, Inc. in the above-captioned matter.

Dated: August 16, 2021                    Respectfully submitted,

**ADLER MURPHY & MCQUILLEN LLP**

*/s/ Brian T. Maye*
Brian T. Maye (Admitted *Pro Hac Vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com

*Counsel for Frontier Airlines, Inc.*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEISHA BROWN as Administrator of the ESTATE OF AARON JENKINS, | : : : : | |
| Plaintiff, | : | **CIVIL ACTION NO. 20-5532** |
| v. | : : : | |
| CITY OF PHILADELPHIA, et al., | : : | |
| Defendants. | : : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on this date, I caused a true and correct copy of the foregoing Entry of Appearance to be filed via the Official Court Electronic Document Filing System, and that said document is therefore available for viewing and downloading from the ECF system. By virtue of this filing, service is complete upon receipt of the Court's e-mail notification of the Notice of Electronic Filing for the Electronic Case Filing Users whose appearances have been entered on the docket in this matter.

Dated: August 16, 2021                                             */s/ Brian T. Maye*