UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| KEISHA BROWN, AS ADMINISTRATOR OF THE ESTATE OF AARON JENKINS<br><br>Plaintiff<br><br>v.<br><br>CITY OF PHILADELPHIA, PHILADELPHIA AIRPORT, WORLDWIDE FLIGHT SERVICES, INC., and FRONTIER AIRLINES<br><br>Defendants | CIVIL ACTION<br><br>NO.  2:20-cv-05532-CMR |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance for the Plaintiffs, Keisha Brown, as Administrator of the Estate of Aaron Jenkins and Tamara Pryor, in the above-captioned matter.

        Respectfully submitted,

        STAMPONE O'BRIEN DILSHEIMER LAW

        BY:  */s/Prince Holloway*
              PRINCE HOLLOWAY, ESQUIRE
              Attorney I.D. No. 209591
              500 Cottman Avenue
              Cheltenham, PA  19012
              (215) 663-0400
              Attorney for Plaintiff(s)

Date:  August 23, 2021