IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEISHA BROWN as Administrator of the ESTATE OF AARON JENKINS,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>　　　　　　　Defendants. | **CIVIL ACTION NO. 20-5532** |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Kristin A. Hoffman on behalf of Defendant Frontier Airlines, Inc. in the above-captioned matter.

Dated: August 23, 2021　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**ADLER MURPHY & MCQUILLEN LLP**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Kristin A. Hoffman*
　　　　　　　　　　　　　　　　　　　　　　Kristin A. Hoffman (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　ADLER MURPHY & McQUILLEN LLP
　　　　　　　　　　　　　　　　　　　　　　20 South Clark Street, Suite 2500
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　　　　　Phone: (312) 345-0700
　　　　　　　　　　　　　　　　　　　　　　Email: khoffman@amm-law.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEISHA BROWN as Administrator of the ESTATE OF AARON JENKINS, | : : : : | |
| Plaintiff, | : : | **CIVIL ACTION NO. 20-5532** |
| v. | : : : | |
| CITY OF PHILADELPHIA, et al., | : : | |
| Defendants. | : : | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on this date, I caused a true and correct copy of the foregoing Entry of Appearance to be filed via the Official Court Electronic Document Filing System, and that said document is therefore available for viewing and downloading from the ECF system. By virtue of this filing, service is complete upon receipt of the Court's e-mail notification of the Notice of Electronic Filing for the Electronic Case Filing Users whose appearances have been entered on the docket in this matter.

Dated: August 23, 2021                              */s/ Kristin A. Hoffman*