## CERTIFICATE OF SERVICE

On the date forth set below, the undersigned attorney for Defendant *Worldwide Flight Services, Inc.* hereby certifies that a true and accurate copy of the foregoing *Reply to City of Philadelphia and Philadelphia International Airport's Cross-Claims in their Amended Answer to Plaintiff's Amended Complaint with Affirmative Defenses* was served upon the following parties via ECF:

| | |
|---|---|
| Mu'min F. Islam, Esquire<br>**MFI Law Group, PLLC**<br>7433 Limekiln Pike, Suite 210<br>Philadelphia, PA  19138<br>(T) 215.735.2357<br>(F) 215.735.2358<br>mislam@mfilawgroup.com | Michele E. Turner, Esquire<br>**Bennett, Bricklin & Saltzburg LLC**<br>Centre Square, West Tower<br>1500 Market Street<br>32nd Floor<br>Philadelphia, PA 19102<br>(T) 215.561.4300<br>(F) 215.561.6661<br>mturner@bbs-law.com<br>*Attorney for Defendant*<br>*City of Philadelphia* |
| Prince P. Holloway, Esquire<br>**Stampone O'Brien Dilsheimer Law**<br>500 Cottman Avenue<br>Cheltenham, PA  19012<br>(T) 215.663.0400<br>(F) 215.663.9112<br>pholloway@stamponelaw.com<br>*Attorneys for Plaintiff*<br>*Estate of Aaron Jenkins* | |
| Laurie Alberts Salita, Esquire<br>Mackenzie W. Smith, Esquire<br>**Skinner Law Group**<br>101 Lindenwood Drive, Suite 225<br>Malvern, PA  19355<br>(T) 484.875.3159<br>(T) 484.875.3160<br>salita@skinnerlawgroup.com<br>smith@skinnerlawgroup.com<br>*Attorneys for Defendant*<br>*Frontier Airlines, Inc.* | Brian T. Maye, Esquire<br>Kristin A. Hoffman, Esquire<br>*(Admitted Pro Hac Vice)*<br>**Adler Murphy & McQuillen LLP**<br>20 South Clark Street, Suite 2500<br>Chicago, IL  60603<br>(T) 312.477.7682<br>(F) 312.345.9860<br>khoffman@amm-law.com<br>bmaye@amm-law.com<br>*Attorneys for Defendant*<br>*Frontier Airlines, Inc.* |

Date:  September 8, 2021           By    */s/Kristi Buchholz Helfrick*
                                                    Kristi Buchholz Helfrick

- 7 -

258460745v.1