IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEISHA BROWN as Administrator of the ESTATE OF AARON JENKINS, | : : : : |
| Plaintiff, v. | : **CIVIL ACTION NO. 20-5532** : : : |
| CITY OF PHILADELPHIA, et al., | : : : |
| Defendants. | : : |

**DEFENDANT FRONTIER AIRLINES, INC.'S**
**<u>DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Frontier Airlines, Inc. discloses that it is wholly owned by Frontier Airlines Holdings, Inc. No publicly held corporation owns 10% or more of Frontier Airlines, Inc.'s stock.

Dated: September 10, 2021                    Respectfully submitted,

<u>/s/ Kristin A. Hoffman</u>
Kristin A. Hoffman (Admitted *Pro Hac Vice*)
Brian T. Maye (Admitted *Pro Hac Vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: khoffman@amm-law.com
           bmaye@amm-law.com

SKINNER LAW GROUP
Laurie Alberts Salita (PA I.D. No. 87884)
Mackenzie W. Smith (PA I.D. No. 306685)
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Email: salita@skinnerlawgroup.com
           smith@skinnerlawgroup.com
***Counsel for Frontier Airlines, Inc.***

1

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on this date, I caused a true and correct copy of Defendant Frontier Airlines, Inc.'s Disclosure Statement to be filed via the Official Court Electronic Document Filing System, and that said document is therefore available for viewing and downloading from the ECF system. By virtue of this filing, service is complete upon receipt of the Court's e-mail notification of the Notice of Electronic Filing for the Electronic Case Filing Users whose appearances have been entered on the docket in this matter.

Dated: September 10, 2021                            */s/ Kristin A. Hoffman*