APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

KEISHA BROWN, AS ADMINISTRATOR OF THE ESTATE OF AARON JENKINS

V.

CITY OF PHILADELPHIA, PHILADELPHIA AIRPORT, WORLDWIDE FLIGHT SERVICES, INC., and FRONTIER AIRLINES

Civil Action No: 2:20-cv-05532

DISCLOSURE STATEMENT FORM

Please check one box:

[✔] The nongovernmental corporate party, World Flight Services, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

09/13/2021
Date

/s/Kristi Buchholz Helfrick
Signature

Counsel for: Worldwide Flight Services, Inc.