# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| KEISHA BROWN, AS ADMINISTRATOR OF THE ESTATE OF AARON JENKINS<br><br>     Plaintiff<br> v.<br><br>CITY OF PHILADELPHIA, PHILADELPHIA AIRPORT, WORLDWIDE FLIGHT SERVICES, INC., and FRONTIER AIRLINES<br><br>     Defendants | CIVIL ACTION<br><br>NO.  2:20-cv-05532-CMR |

## CERTIFICATE OF SERVICE

On the date forth set below, the undersigned attorney for Defendant *Worldwide Flight Services, Inc.* hereby certifies that a true and accurate copy of the foregoing *Disclosure Statement Form* was served upon the following parties:

**Via ECF:**

Mu'min F. Islam, Esquire
**MFI Law Group, PLLC**
7433 Limekiln Pike, Suite 210
Philadelphia, PA  19138
(T) 215.735.2357
(F) 215.735.2358
mislam@mfilawgroup.com

Prince P. Holloway, Esquire
**Stampone O'Brien Dilsheimer Law**
500 Cottman Avenue
Cheltenham, PA  19012
(T) 215.663.0400
(F) 215.663.9112
pholloway@stamponelaw.com

*Attorney for Plaintiff*
*Estate of Aaron Jenkins*

258693999v.1

Michele E. Turner, Esquire
**Bennett, Bricklin & Saltzburg LLC**
Centre Square, West Tower
1500 Market Street
32nd Floor
Philadelphia, PA 19102
(T) 215.561.4300
(F) 215.561.6661
mturner@bbs-law.com

*Attorney for Defendant*
*City of Philadelphia*

Laurie Alberts Salita, Esquire
Mackenzie W. Smith, Esquire
**Skinner Law Group**
101 Lindenwood Drive, Suite 225
Malvern, PA  19355
(T) 484.875.3159
(T) 484.875.3160
salita@skinnerlawgroup.com
smith@skinnerlawgroup.com

Kristin A. Hoffman, Esquire
Brian T. Maye, Esquire
*(Admitted Pro Hac Vice)*
**Adler Murphy & McQuillen LLP**
20 South Clark Street, Suite 2500
Chicago, IL  60603
(T) 312.477.7682
(F) 312.345.9860
khoffman@amm-law.com
bmaye@amm-law.com

*Attorneys for Defendant*
*Frontier Airlines, Inc.*


Date: September 13, 2021                     By   */s/Kristi Buchholz Helfrick*
                                                      Kristi Buchholz Helfrick