UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| KEISHA BROWN, AS ADMINISTRATOR OF THE ESTATE OF AARON JENKINS<br><br>    Plaintiff<br> v.<br><br>CITY OF PHILADELPHIA, PHILADELPHIA AIRPORT, WORLDWIDE FLIGHT SERVICES, INC., and FRONTIER AIRLINES<br><br>    Defendants | CIVIL ACTION<br><br>NO.  2:20-cv-05532-CMR |

### PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)

Plaintiff, Keisha Brown, Administrator of the Estate of Aaron Jenkins, by and through her undersigned counsel, provides the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

Plaintiff reserves the right to amend these disclosures as discovery continues.

### Fed. R. Civ. P. 26(a)(1)(A)(i)

"the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information"

| Name | Subject |
|---|---|
| Tamara Pryor<br>1370 Anchor Street<br>Philadelphia PA 19125 | His knowledge of the circumstances leading to Plaintiff's wrongful death as well as Plaintiff's damages. |
| Felicia Greggs<br>533 S. Christian Street<br>Lancaster, PA 17602 | Her knowledge of the circumstances leading to Plaintiff's wrongful death as well as Plaintiff's damages. |
| Keisha Brown<br>1446 W. Spark St.<br>Philadelphia, PA 19141 | Her knowledge of the circumstances leading to Plaintiff's wrongful death as well as Plaintiff's damages. |
| Sierra Wynder<br>1370 Anchor Street<br>Philadelphia PA 19125 | Her knowledge of the circumstances leading to Plaintiff's wrongful death as well as Plaintiff's damages. |

| | |
|---|---|
| Aaliyah Snyder<br>1370 Anchor Street<br>Philadelphia, PA 19125 | Her knowledge of the circumstances leading to Plaintiff's wrongful death as well as Plaintiff's damages.. |
| David Heller<br>5856 Chestnut St.<br>Philadelphia, PA 19131 | His knowledge of the circumstances leading to Plaintiff's wrongful death as well as Plaintiff's damages. |
| Kevin Emmanuel<br>2130 N. Hobart Street<br>Philadelphia PA 19131 | His knowledge of the circumstances leading to Plaintiff's wrongful death as well as Plaintiff's damages. |
| Devon Greaves | His knowledge of the circumstances leading to Plaintiff's wrongful death as well as Plaintiff's damages. |
| Clarence Williamson | His knowledge of the circumstances leading to Plaintiff's wrongful death as well as Plaintiff's damages. |
| Fabian Silvera | His knowledge of the circumstances leading to Plaintiff's wrongful death as well as Plaintiff's damages. |
| Clifton Walker | His knowledge of the circumstances leading to Plaintiff's wrongful death as well as Plaintiff's damages. |
| Detective Tolliver<br>Detective Golphin<br>Detective Grace<br>Detective Alminde<br>Detective Hernandez<br>Detective McAndrews<br>Detective Fetters<br>Detective Wojciechwoski<br>Detective Frank Luca<br>Sgt. Coan<br>Police Officer Anthony Crawford<br>Police Office Michael Iannacone<br>Police Officer Eric Blacker<br>750 Race Street<br>Philadelphia PA 19106 | Their knowledge of the circumstances leading to Plaintiff's wrongful death as well as Plaintiff's damages. |

Plaintiff reserves the right to call any of the individuals whose names appear in any of the documents produced in discovery. Plaintiff also reserves the right to call any witness identified by the Defendants.

### Fed. R. Civ. P. 26(a)(1)(A)(ii)

Documents

"a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;"

1. Letters of Administration appointing Keisha Brown

### Fed. R. Civ. P. 26(a)(1)(A)(iii)

"a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and"

1. Pain and Suffering of the Plaintiff's Decedent and his statutory survivors.
2. Economic damages including loss of earnings, earning capacity, loss of household services and more.  This opinion will be provided by an appropriate expert witness.
3. All applicable Wrongful Death Action Damages.
4. All applicable Survival Action Damages.

### Fed. R. Civ. P. 26(a)(1)(A)(iv)

"for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment."

There are no insurance agreements in Plaintiff's Decedent's possession under which an insurance business may be liable to satisfy all or part of any possible judgment, or to indemnify or reimburse for payments made to satisfy the judgment.

Respectfully submitted,

**STAMPONE O'BRIEN DILSHEIMER**

BY:   */s/Prince Holloway*
Prince P. Holloway., Esq.
Attorney for Plaintiffs
Attorney I.D. No. 209591
500 Cottman Avenue
Cheltenham, PA  19012
(215) 663-0400
pholloway@stamponelaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date I caused a true and correct copy of Plaintiff's Initial Disclosures Pursuant to Rule 26(a) to be served upon all counsel via email and/or through the U.S.D.C. Electronic Filing.


                                                                   */s/Prince Holloway*
                                                             PRINCE HOLLOWAY, ESQUIRE

Dated: 9/21/2021

LETTERS OF ADMINISTRATION

REGISTER'S OFFICE
PHILADELPHIA COUNTY, PA

N° A3975-2018

ESTATE OF Aaron Jenkins
AKA: Aaron James Jenkins

Social Security No. 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

WHEREAS, Aaron Jenkins
late of 126 W. Roselyn, Philadelphia, PA 19120

died on the 3rd day of May, 2018; and

WHEREAS, the grant of letters of administration is required for the administration of his estate.

THEREFORE, I, RONALD R. DONATUCCI, Register for the Probate of Wills and Grant of Letters Testamentary and of Administration, in and for the County of Philadelphia in the Commonwealth of Pennsylvania, hereby certify that I have granted Letters of Administration

to **KEISHA BROWN**

who ha s duly qualified as Administrator of the estate of the above named decedent and ha s agreed to administer the estate according to law, all of which fully appear of record in the Office of the Register of Wills of Philadelphia County, Pennsylvania.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office, at Philadelphia, the 28th day of September 2018

*Deputy Register*

10-36 (Rev. 10/99)

# Office of the Register of Wills of Philadelphia County, Pennsylvania

File #: A3975-2018

Commonwealth of Pennsylvania  } ss.
County of Philadelphia

I, **RONALD R. DONATUCCI, ESQUIRE**, Register for the Probate of Wills and Granting Letters of Administration in and for the County of Philadelphia, in the Commonwealth of Pennsylvania

DO HEREBY CERTIFY AND MAKE KNOWN That on the __28th__ day of __September__ in the year of our Lord __2018__        **LETTERS OF ADMINISTRATION**

on the Estate of __Aaron Jenkins__

(AKA: Aaron James Jenkins)

Deceased, were granted unto __KEISHA BROWN__

having first been qualified well and truly to administer the same. And I further certify that no revocation of said Letters appears of record.

Date of death __5/3/2018__

Given under my hand and seal of office, this __28th__ day of __September__, 20 __18__

_Deputy Register_

NOT VALID WITHOUT ORIGINAL SIGNATURE AND IMPRESSED SEAL

10-14 (Rev. 3/08)