# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| KEISHA BROWN, AS ADMINISTRATOR OF THE ESTATE OF AARON JENKINS<br><br>　　　　　　Plaintiff<br>　v.<br><br>CITY OF PHILADELPHIA, PHILADELPHIA AIRPORT, WORLDWIDE FLIGHT SERVICES, INC., and FRONTIER AIRLINES<br><br>　　　　　　Defendants | CIVIL ACTION<br><br>NO.  2:20-cv-05532-CMR |

## STIPULATION TO EXTEND TIME TO ADD PARTIES AND/OR CLAIMS

It is hereby STIPULATED and AGREED by the parties, by and through their respective counsel that the deadline date to add parties and/or claims, set for November 15, 2021, is hereby extended for 30 days to December 15, 2021.  It is further stipulated and agreed that this stipulation may be executed in multiple counterparts.

Date:　November 12, 2021　　　　　　　*/s/Prince P. Holloway*
　　　　　　　　　　　　　　　　　　　Mu'min F. Islam
　　　　　　　　　　　　　　　　　　　PA ID No. 208979
　　　　　　　　　　　　　　　　　　　Brittany Gardner
　　　　　　　　　　　　　　　　　　　PA ID No. 323604
　　　　　　　　　　　　　　　　　　　**MFI Law Group, PLLC**
　　　　　　　　　　　　　　　　　　　7433 Limekiln Pike, Suite 210
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19138

　　　　　　　　　　　　　　　　　　　Prince P. Holloway
　　　　　　　　　　　　　　　　　　　PA ID No.
　　　　　　　　　　　　　　　　　　　**Stampone O'Brien Dilsheimer Law**
　　　　　　　　　　　　　　　　　　　500 Cottman Avenue
　　　　　　　　　　　　　　　　　　　Cheltenham, PA  19012

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　*Estate of Aaron Jenkins*

| | |
|---|---|
| Date: November 12, 2021 | *Michele E. Turner* |
| | Michele E. Turner |
| | PA ID No. 68343 |
| | Jacob Yzzi |
| | PA ID No. 316059 |
| | **Bennett, Bricklin & Saltzburg LLC** |
| | Centre Square, West Tower |
| | 1500 Market Street, 32nd Floor |
| | Philadelphia, PA 19102 |
| | *Counsel for Defendant City of Philadelphia* |
| | |
| Date: November 12, 2021 | */s/Brian T. Maye* |
| | Laurie Alberts Salita |
| | PA ID No. 87884 |
| | Mackenzie W. Smith |
| | PA ID No. 306685 |
| | **Skinner Law Group** |
| | 101 Lindenwood Drive, Suite 225 |
| | Malvern, PA  19355 |
| | |
| | Kristin A. Hoffman |
| | Brian T. Maye |
| | *(Admitted Pro Hac Vice)* |
| | **Adler Murphy & McQuillen LLP** |
| | 20 South Clark Street, Suite 2500 |
| | Chicago, IL  60603 |
| | *Counsel for Defendant Frontier Airlines, Inc.* |
| | |
| Date: November 12, 2021 | */s/Kristi Buchholz Helfrick* |
| | William J. Taylor, Jr. |
| | PA ID No. 34752 |
| | Kristi Buchholz Helfrick |
| | PA ID No. 92468 |
| | **Wilson Elser Moskowitz Edelman & Dicker, LLP** |
| | Two Commerce Square |
| | 2001 Market Street – Suite 3100 |
| | Philadelphia, PA 19103 |
| | *Counsel for Defendant Worldwide Flight Services, Inc.* |

**SO APPROVED AND ORDERED:**

Date: ___November 12, 2021_____

/s/ Cynthia M. Rufe
_____
CYNTHIA M. RUFE, J.