# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAMARA PRYOR**<br><br>      **Plaintiff,**<br><br>  **v.**<br><br>**CITY OF PHILADELPHIA** *et al*.<br><br>      **Defendants.** | **CIVIL ACTION NO. 20-5532** |

## SUPPLEMENTAL SCHEDULING ORDER

**AND NOW,** this 6th day of December 2021, with the agreement of the parties through counsel, the case is referred to Magistrate Judge Carol Sandra Moore Wells for a settlement conference on **April 21, 2022 at 10:00 A.M.**[1] The parties and/or persons with full authority to settle <u>must</u> participate unless excused in advance by Judge Wells.

It is so **ORDERED.**

                   **BY THE COURT:**

                   **/s/ Cynthia M. Rufe**
                   _____
                   **CYNTHIA M. RUFE, J.**

---

[1] The parties, with permission from Magistrate Judge Wells, may modify the settlement conference date by up to 14 days without seeking permission from this Court.