UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| KEISHA BROWN, AS ADMINISTRATOR OF THE ESTATE OF AARON JENKINS<br><br>　　　　　　Plaintiff<br>　v.<br><br>CITY OF PHILADELPHIA, PHILADELPHIA AIRPORT, WORLDWIDE FLIGHT SERVICES, INC., and FRONTIER AIRLINES<br><br>　　　　　　Defendants | CIVIL ACTION<br><br>NO.  2:20-cv-05532-CMR |

**STIPULATION TO EXTEND TIME TO ADD PARTIES AND/OR CLAIMS**

It is hereby STIPULATED and AGREED by the parties, by and through their respective counsel that the deadline date to add parties and/or claims, originally set for November 15, 2021, and subsequently extended by stipulation to December 15, 2021, is hereby extended by agreement until January 31, 2022.  It is further stipulated and agreed that this stipulation may be executed in multiple counterparts.

Date:   12/10/2021

/s/ Prince P. Holloway
Prince P. Holloway
PA ID No.
**Stampone O'Brien Dilsheimer Law**
500 Cottman Avenue
Cheltenham, PA  19012
*Counsel for Plaintiff*
*Estate of Aaron Jenkins*

Date:   12/10/2021

/s/ Michele E. Turner
Michele E. Turner
**Bennett, Bricklin & Saltzburg LLC**
Centre Square, West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA 19102
*Counsel for Defendant City of Philadelphia*

| | |
|---|---|
| Date: 12/10/2021 | /s/ Kristin A. Hoffman |
| | Brian T. Maye |
| | Kristin A. Hoffman |
| | *(Admitted Pro Hac Vice)* |
| | **Adler Murphy & McQuillen LLP** |
| | 20 South Clark Street, Suite 2500 |
| | Chicago, IL  60603 |
| | |
| | Laurie Alberts Salita |
| | PA ID No. 87884 |
| | Mackenzie W. Smith |
| | PA ID No. 306685 |
| | **Skinner Law Group** |
| | 101 Lindenwood Drive, Suite 225 |
| | Malvern, PA  19355 |
| | *Counsel for Defendant Frontier Airlines, Inc.* |
| | |
| Date: 12/10/2021 | /s/ Kristi Buchholz Helfrick |
| | William J. Taylor, Jr. |
| | PA ID No. 34752 |
| | Kristi Buchholz Helfrick |
| | PA ID No. 92468 |
| | **Wilson Elser Moskowitz Edelman & Dicker, LLP** |
| | Two Commerce Square |
| | 2001 Market Street – Suite 3100 |
| | Philadelphia, PA 19103 |
| | *Counsel for Defendant Worldwide Flight Services, Inc.* |

**SO APPROVED AND ORDERED:**

| | |
|---|---|
| Date: December 10, 2021 | /s/ Cynthia M. Rufe |
| | **CYNTHIA M. RUFE, J.** |