## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF AARON JENKINS<br><br>Plaintiff<br><br>v.<br><br>CITY OF PHILADELPHIA, PHILADELPHIA INTERNATIONAL AIRPORT, et al.<br><br>Defendants | CIVIL ACTION<br><br>NO. 2:20-cv-05532-CMR<br><br>JURY TRIAL DEMANDED |

## STIPULATION TO AMEND COMPLAINT

It is hereby stipulated and agreed upon by and among Plaintiff and Defendants, City of Philadelphia and Philadelphia International Airport (improperly sued as a defendant), that the Philadelphia International Airport is hereby dismissed from this matter, without prejudice, as it is merely an asset of the City of Philadelphia and not capable of suit in its own right.  It is further **STIPULATED** and **AGREED** that the caption of this matter shall be revised as follows: "Keisha Brown, as Administratrix of the Estate of Aaron Jenkins v. City of Philadelphia, Frontier Airlines, Inc. and Worldwide Flight Services, Inc."

**STAMPONE O'BRIEN DILSHEIMER LAW**

By: _____
 Prince Holloway, Esquire
 Attorney I.D. No. 209591
 *Attorney for Plaintiff*

Dated:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF AARON JENKINS<br><br>Plaintiff<br><br>v.<br><br>CITY OF PHILADELPHIA, PHILADELPHIA INTERNATIONAL AIRPORT, et al.<br><br>Defendants | CIVIL ACTION<br><br>NO. 2:20-cv-05532-CMR<br><br>JURY TRIAL DEMANDED |

## STIPULATION TO AMEND COMPLAINT

It is hereby stipulated and agreed upon by and among Plaintiff and Defendants, City of Philadelphia and Philadelphia International Airport (improperly sued as a defendant), that the Philadelphia International Airport is hereby dismissed from this matter, without prejudice, as it is merely an asset of the City of Philadelphia and not capable of suit in its own right. It is further **STIPULATED** and **AGREED** that the caption of this matter shall be revised as follows: "Keisha Brown, as Administratrix of the Estate of Aaron Jenkins v. City of Philadelphia, Frontier Airlines, Inc. and Worldwide Flight Services, Inc."

**STAMPONE O'BRIEN DILSHEIMER LAW**

By: _____
Prince Holloway, Esquire
Attorney I.D. No. 209591
*Attorney for Plaintiff*

Dated:

**BENNETT, BRICKLIN & SALTZBURG LLC**

By: <u>*Michele Turner, Esquire*</u>
   Michele Turner, Esquire
   Attorney I.D. No. 68343
   *Attorney for Defendants,*
   *City of Philadelphia and*
   *Philadelphia International Airport*
   *(improperly sued as a defendant)*

Dated: February 1, 2022


**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

By: <u>*/s/ Kristi Buchholz Helfrick, Esquire*</u>
  William J. Taylor, Esquire
  Attorney I.D. No. 34752
  Kristi Buchholz Helfrick, Esquire
  Attorney I.D. No. 92468
  *Attorney for Defendant,*
  *Worldwide Flight Services, Inc.*

Dated: February 1, 2022

**SKINNER LAW GROUP**

By: <u>*/s/ Mackenzie W. Smith, Esquire*</u>
   Laurie Alberts Salita, Esquire
   Attorney I.D. No. 87884
   Mackenzie W. Smith, Esquire
   Attorney I.D. No. 306685
   *Attorney for Defendant,*
   *Frontier Airlines, Inc.*

Dated: February 1, 2022

**SO ORDERED AND APPROVED**

DATED:                 _____
                      CYNTHIA M. RUFE, J.