IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ESTATE OF AARON JENKINS**<br>**Plaintiff,**<br>v.<br>**CITY OF PHILADELPHIA** *et al.*<br>**Defendants.** | **CIVIL ACTION NO. 20-5532** |

## ORDER

**AND NOW,** this 3rd day of February 2022, upon consideration of the parties' joint Stipulation to Amend Complaint [Doc. No. 49], it is hereby **ORDERED** that:

1. The Stipulation to Amend Complaint [Doc. No. 49] is **APPROVED**.

2. Defendant Philadelphia International Airport is hereby **DISMISSED, without prejudice**, as it is not a legal entity separate from Defendant City of Philadelphia.

3. The Clerk of Court is directed to **REVISE** the caption of this matter to the following: *Keisha Brown, as Administratrix of the Estate of Aaron Jenkins v. City of Philadelphia, Frontier Airlines, Inc. and Worldwide Flight Services, Inc.*

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**