# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| KEISHA BROWN, AS ADMINISTRATOR OF THE ESTATE OF AARON JENKINS<br><br>　　　　　Plaintiff<br>　v.<br><br>CITY OF PHILADELPHIA, WORLDWIDE FLIGHT SERVICES, INC., and FRONTIER AIRLINES<br><br>　　　　　Defendants | CIVIL ACTION<br><br>NO.  2:20-cv-05532-CMR |

## JOINT STIPULATION TO EXTEND CASE DEADLINES

It is hereby STIPULATED and AGREED by all parties, by and through their respective counsel below, that the remaining deadlines in the Scheduling Order dated August 24, 2021 (Doc. No. 37) are hereby extended for 90 days as set forth in the proposed Order attached hereto as Exhibit A.  The parties are not changing the date of the April 21, 2022 court-ordered Settlement Conference (Supplemental Scheduling Order dated December 6, 2021 at Doc. No. 47) with Magistrate Judge Carol Sandra Moore Wells.  It is further stipulated and agreed that this stipulation may be executed in multiple counterparts.

Date:  March 2, 2022　　　　　　　　　　　/s/Prince P. Holloway
　　　　　　　　　　　　　　　　　　　　　Mu'min F. Islam/Brittany Gardner
　　　　　　　　　　　　　　　　　　　　　PA ID No. 208979/PA ID No. 323604
　　　　　　　　　　　　　　　　　　　　　**MFI Law Group, PLLC**

　　　　　　　　　　　　　　　　　　　　　Prince P. Holloway
　　　　　　　　　　　　　　　　　　　　　**Stampone O'Brien Dilsheimer Law**

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　*Estate of Aaron Jenkins*


Date:  March 2, 2022　　　　　　　　　　　/s/Michele E. Turner
　　　　　　　　　　　　　　　　　　　　　Michele E. Turner/ Jacob Yzzi
　　　　　　　　　　　　　　　　　　　　　PA ID No. 68343/PA ID No. 316059
　　　　　　　　　　　　　　　　　　　　　**Bennett, Bricklin & Saltzburg LLC**

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant City of Philadelphia*

Date: March 2, 2022

/s/Brian T. Maye
Laurie Alberts Salita/Mackenzie W. Smith
PA ID No. 87884/PA ID No. 306685
**Skinner Law Group**

Brian T. Maye/Kristin A. Hoffman
*(Admitted Pro Hac Vice)*
**Adler Murphy & McQuillen LLP**

*Counsel for Defendant Frontier Airlines, Inc.*

Date: March 2, 2022

/s/Kristi Buchholz Helfrick
William J. Taylor, Jr./ Kristi Buchholz Helfrick
PA ID No. 34752/PA ID No. 92468
**Wilson Elser Moskowitz Edelman & Dicker, LLP**

*Counsel for Defendant Worldwide Flight Services, Inc.*

**SO APPROVED AND ORDERED:**

Date: March 7, 2022

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.

- 2 -

267210660v.1

# EXHIBIT A

267210660v.1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| KEISHA BROWN, AS ADMINISTRATOR OF THE ESTATE OF AARON JENKINS<br><br>               Plaintiff<br>   v.<br><br>CITY OF PHILADELPHIA, WORLDWIDE FLIGHT SERVICES, INC., and FRONTIER AIRLINES<br><br>               Defendants | CIVIL ACTION<br><br>NO.  2:20-cv-05532-CMR |

**REVISED SCHEDULING ORDER**

**AND NOW,** this _____, 2022, by consent of counsel for the parties, the Court hereby enters the following Scheduling Order to govern further proceedings in this case:

1. [THE PARTIES ARE NOT CHANGING THIS COURT ORDERED EVENT]  Settlement conference shall be conducted by Magistrate Judge Carol Sandra Moore Wells on **April 21, 2022 at 10:00 a.m.**  The parties and/or persons with full authority to settle <u>must</u> participate unless excused in advance by Judge Wells.

2. Fact discovery shall be completed on or before **June 13, 2022.**

3. Plaintiff's expert reports, if any, shall be served on Defendants on or before **July 14, 2022**.

4. Defendants' responsive reports, if any, shall be completed and served on Plaintiff on or before **August 15, 2022**.

5. All dispositive motions shall be filed on or before **September 14, 2022**. Judge Rufe's Policies and Procedures for Summary Judgment will not apply in this case and the parties should instead follow Federal Rule of Civil Procedure 56.

It is so **ORDERED.**

                                                           **BY THE COURT:**


                                                           **CYNTHIA M. RUFE, J.**