IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEISHA BROWN, AS ADMINISTRATOR OF THE ESTATE OF AARON JENKINS | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, WORLDWIDE FLIGHT SERVICES, INC., and FRONTIER AIRLINES | : | No.: 2:20-cv-05532-CMR |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of __Eugene T. Boulé_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:20-cv-05532-CMR

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, Eugene T. Boulé, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| New York | 03/08/1994 | 2610343 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| N.D.N.Y. | 08/19/1996 | 508422 |
| E.D.N.Y. | 08/22/1995 | EB4915 |
| S.D.N.Y. | 07/25/1995 | EB4915 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for Worldwide Flight Services, Inc

(Applicant's Signature)

3/14/22
(Date)

Name of Applicant's Firm: Wilson Elser Moskowitz Edelman & Dicker, LLP
Address: 150 East 42nd Street, New York, NY 10017
Telephone Number: (212) 490-3000
Email Address: eugene.boule@wilsonelser.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/14/22
(Date)

(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Eugene T. Boulé to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Kristi Buchholz Helfrick | *(signature)* | 05/13/2004 | 92468 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Wilson Elser Moskowitz Edelman & Dicker, LLP

2001 Market Street, Suite 3100, Philadelphia, PA  19103

Tel. (215) 627-6900

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2022                               _____
           (Date)                                                               (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEISHA BROWN, AS ADMINISTRATOR OF THE ESTATE OF AARON JENKINS | : | Civil Action |
| | : | |
| v. | : | |
| CITY OF PHILADELPHIA, WORLDWIDE FLIGHT SERVICES, INC., and FRONTIER AIRLINES | : : | No.: 2:20-cv-05532-CMR |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Eugene T. Boulé _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Via the Court's ECF system.

_____
(Signature of Attorney)

Kristi Buchholz Helfrick
_____
(Name of Attorney)

Worldwide Flight Services, Inc.
_____
(Name of Moving Party)

March 14, 2022
_____
(Date)