IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEISHA BROWN, AS ADMINISTRATOR OF THE ESTATE OF AARON JENKINS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 20-5532 |

## ORDER

**AND NOW**, this 4th day of April 2022, it is hereby **ORDERED** that the application of Eugene T. Boulé, Esquire [Doc. No. 52], to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED**.[1]

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.