**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

| | |
|---|---|
| KEISHA BROWN, AS ADMINISTRATOR OF THE ESTATE OF AARON JENKINS<br><br>　　　　　　Plaintiff<br><br>v.<br><br>CITY OF PHILADELPHIA, PHILADELPHIA AIRPORT, WORLDWIDE FLIGHT SERVICES, INC., and FRONTIER AIRLINES<br><br>　　　　　　Defendants | CIVIL ACTION<br><br>NO. 2:20-cv-05532-CMR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, by and through her undersigned counsel, hereby give notice that the Parties have amicably resolved all disputes between them and further stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above cause be dismissed with prejudiced with each Party to bear its own costs and attorneys' fees. Plaintiff respectfully request the Court enter an order of dismissal with prejudice and further request that this Court retain jurisdiction for the limited purpose of enforcing the terms of the settlement agreement between the Parties, if necessary.

Dated: October 10, 2022

　　　　　　　　　　　　　　　　　　　　**Respectfully submitted,**

　　　　　　　　　　　　　　　　　　　　By: ___/s/PRINCE P. HOLLOWAY___
　　　　　　　　　　　　　　　　　　　　　　　PRINCE P. HOLLOWAY, Esquire
　　　　　　　　　　　　　　　　　　　　　　　pholloway@stamponelaw.com
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

**BENNETT, BRICKLIN & SALTZBURG LLC**

By: /s/Michele Turner
_____
Michele Turner. Esquire
Attorney I.D. No. 68343
*Attorney for Defendants City of Philadelphia and Philadelphia International Airport (improperly sued as a Defendant)*

Dated:


**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

By:_____
William J. Taylor. Esquire
Attorney I.D. No. 34752
Kristi Buchholz Helfrick. Esquire Attorney I.D. No. 92468
*Attorney for Defendant, Worldwide Flight, Services, Inc.*

Dated:

**ADLER MURPHY & McQUILLEN LLP**

By:_____
Kristin A. Hoffman (Admitted *Pro Hac Vice*)
Brian T. Maye (Admitted *Pro Hac Vice*)
20 S. Clark Street
Suite 2500
Chicago, IL 60603

**BENNETT, BRICKLIN & SALTZBURG LLC**

By: _____
Michele Turner. Esquire
Attorney **I.D.** No. 68343
*Attorney for Defendants City of Philadelphia and*
*Philadelphia International Airport (improperly sued as a Defendant)*

Dated:


**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

By:_____
William J. Taylor. Esquire
Attorney I.D. No. 34752
Kristi Buchholz Helfrick. Esquire  Attorney I.D. No. 92468
*Attorney for Defendant, Worldwide Flight, Services, Inc.*

Dated:

**ADLER MURPHY & McQUILLEN LLP**

By: *Kristin A. Hoffman*
Kristin A. Hoffman (Admitted *Pro Hac Vice*)
Brian T. Maye (Admitted *Pro Hac Vice*)
20 S. Clark Street
Suite 2500
Chicago, IL 60603
*Attorney for Defendant, Frontier Airlines, Inc.*